IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STERLING LAMAR JACKSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   NO.  CIV-03-1578-HE |
| | ) |
| DAVID MILLER, Warden, | ) |
| | ) |
| Respondent. | ) |

## O R D E R

Petitioner Sterling Lamar Jackson has filed a notice of appeal from the court's denial of his petition for a writ of habeas corpus, which has been construed to include a request for a certificate of appealability. The request for a certificate of appealability is **DENIED,** the court having found that the petitioner has not made "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 31st day of May, 2005.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE